**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR24** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **LATOYIN DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's pro se motion regarding a potential reduction in sentence under 18 U.S.C. § 3582(c)(2) (Filing No. 80). Defense counsel has been appointed (Filing No. 81).

IT IS ORDERED:

1. On or before August 2, 2012, the assigned U.S. Probation Officer must submit a worksheet;

2. On or before August 16, 2012, the parties must file a stipulation or separate briefs stating their positions; and

3. The Clerk is directed to mail a copy of this Order to the U.S. Probation Office.

DATED this 3rd day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge