AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:07CR24 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 21648-047 | |
| ) | | |
| LATOYIN DAVIS, ) | David R. Stickman | |
| Defendant. ) | Defendant's Attorney | |
| Date of previous judgment: November 30, 2007 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon the unopposed motion of the defendant (Filing No. 84) and the parties' stipulation (Filing No. 85) under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion (Filing No. 84) and stipulation (Filing No. 85) are GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 168 months is reduced to 135 months. The Clerk is directed to deliver a copy of this Order to the U.S. Marshal.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33              Amended Offense Level: 31
Criminal History Category: III          Criminal History Category: III
Previous Guideline Range: 168 to 210 months    Amended Guideline Range: 135 to 168 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated November 30, 2007, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 3rd day of August, 2012
Effective Date: August 3, 2012

s/Laurie Smith Camp
Chief United States District Judge